

IN THE
TENTH COURT OF APPEALS

No. 10-15-00235-CR

IN RE MATTHEW ALAN CLENDENNEN

Original Proceeding

# ORDER

Relator Matthew Alan Clendennen's Petition for Writ of Mandamus was filed on July 1, 2015. Relator has since filed a Motion to Excuse the Filing of a Clerk's Record.

The Texas Rules of Appellate Procedure do not contemplate a record filed by either the clerk or the court reporter in an original proceeding. TEX. R. APP. P. 52.7. The appellate rules specify the filing of the record is the responsibility of the relator. *Id*. 52.7(a). Generally, what would appear in a clerk' record is brought before the Court by the relator pursuant to Rule 52.7(a)(1). *Id*. (a)(1). Further, testimony and exhibits that would appear in a reporter's record are brought before the Court pursuant to Rule 52.7(a)(2). *Id*. (a)(2).

The Clerk will accept and file a clerk's record or a reporter's record directly from the clerk or reporter in a mandamus proceeding as a substitute for a record filed by the relator. Such substitution does not excuse or relieve the obligation of the relator to otherwise provide the record necessary to review the issues presented in the petition. The relator's motion represents that the relator has filed as either an appendix or sworn record the documents needed for the Court to conduct its review of the issues. There is no duty on the trial court clerk to file additional documents for the mandamus record to be complete.

Accordingly, relator's Motion to Excuse the Filing of a Clerk's Record is dismissed as moot.

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Response requested
Order issued and filed July 16, 2015

